# Earnings Statement

**MICHAEL GORDON**

| | | |
|---|---|---|
| Pay Date: | 03/05/2020 | Company: 0DB47 - FRANKLIN MINT FEDERAL CREDIT UNION |
| Period Start: | 02/15/2020 | 5 HILLMAN DRIVE, SUITE 100 |
| Period End: | 02/28/2020 | CHADDS FORD  PA  19317    (484) 259-1000 |

Emp #: 4447
Dept: 0181 - Information Security
Pay Basis: Salary

| Earnings | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| Regular | | | 2400.00 | 12450.00 |
| Paid Time Off | | | 0.00 | 900.00 |
| Training | | | 300.00 | 300.00 |
| Holiday | | | 300.00 | 1350.00 |
| GTL - PA - FTE 1 Auto | | | 4.89 | 14.67  In/Out |
| **Gross** | | | **3004.89** | **15014.67** |

| W/H Taxes | | | Current Period | Year To Date |
|---|---|---|---|---|
| Federal W/H(M/0) | | | 289.88 | 1449.40 |
| Medicare | | | 43.57 | 217.71 |
| Social Security | | | 186.30 | 930.91 |
| Penn. State W/H(M/0) | | | 92.10 | 460.50 |
| 151107,CHADDS FORD TWP | | | 0.00 | 0.00 |
| LST 151107,CHADDS FORD TWP | | | 2.00 | 10.00 |
| Pennsylvania UI/HC/WF | | | 1.80 | 9.00 |

**Deductions**

| | Current Period | Year To Date | |
|---|---|---|---|
| **Net Pay** | **2384.35** | **11922.48** | Check No. 28239 |

**Net Pay Distribution**

| | Current Period | Year To Date | |
|---|---|---|---|
| Payroll Net Check | 2384.35 | 11922.48 | A/C: |

| Employee Benefits, Allowances, and Other | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|
| Safe Harbor 3% * | 90.00 | 90.00 | *Memo Only | |
| PTO Hours | 6.16 | 32.04 | 16.00 | 16.04 |

---

FRANKLIN MINT FEDERAL CREDIT UNION
5 Hillman Drive, Suite 100
Chadd Ford PA 19317

**Check No. 28239**

DATE: 03/05/2020

Dept: 0181

**Net Pay:**                                                                     **2384.35**

Two Thousand Three Hundred Eighty Four And 35/100 Dollars

**MICHAEL GORDON**
847 CRICKET ROAD
SECANE, PA  19018

For Record Purposes Only
**\*\*NON-NEGOTIABLE\*\***

# Earnings Statement

**MICHAEL GORDON**

Pay Date: 03/19/2020
Period Start: 02/29/2020
Period End: 03/13/2020

Company: 0DB47 - FRANKLIN MINT FEDERAL CREDIT UNION
5 HILLMAN DRIVE, SUITE 100
CHADDS FORD  PA  19317   (484) 259-1000

Emp #: 4447
Dept: 0181 - Information Security
Pay Basis: Salary

|  | Rate Hours/Units | Current Period | Year To Date |  |
|---|---|---|---|---|
| **Earnings** | | | | |
| Regular | | 3000.00 | 15450.00 | |
| Paid Time Off | | 0.00 | 900.00 | |
| Training | | 0.00 | 300.00 | |
| Holiday | | 0.00 | 1350.00 | |
| GTL - PA - FTE 1 Auto | | 4.89 | 19.56 | In/Out |
| **Gross** | | **3004.89** | **18019.56** | |
| **W/H Taxes** | | | | |
| Federal W/H(M/0) | | 279.08 | 1728.48 | |
| Medicare | | 43.57 | 261.28 | |
| Social Security | | 186.30 | 1117.21 | |
| Penn. State W/H(M/0) | | 92.10 | 552.60 | |
| 151107,CHADDS FORD TWP | | 0.00 | 0.00 | |
| LST 151107,CHADDS FORD TWP | | 2.00 | 12.00 | |
| Pennsylvania UI/HC/WF | | 1.80 | 10.80 | |
| **Deductions** | | | | |
| 401K % | | 90.00 | 90.00 | |
| **Net Pay** | | **2305.15** | **14227.63** Check No. 28598 | |

**Net Pay Distribution**
Payroll Net Check                                    2305.15        14227.63 A/C:

| Employee Benefits, Allowances, and Other | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|
| 401K % - Match | 22.50 | 22.50 *Company Match | | |
| Safe Harbor 3% * | 90.00 | 180.00 *Memo Only | | |
| PTO Hours | 6.16 | 38.20 | 16.00 | 22.20 |

## Earnings Statement

**MICHAEL GORDON**

Pay Date: 04/02/2020
Period Start: 03/14/2020
Period End: 03/27/2020

Company: 0DB47 - FRANKLIN MINT FEDERAL CREDIT UNION
5 HILLMAN DRIVE, SUITE 100
CHADDS FORD  PA  19317    (484) 259-1000

Emp #: 4447
Dept: 0181 - Information Security
Pay Basis: Salary

| | Rate Hours/Units | Current Period | Year To Date | |
|---|---|---|---|---|
| **Earnings** | | | | |
| Regular | | 3000.00 | 18450.00 | |
| Paid Time Off | | 0.00 | 900.00 | |
| Training | | 0.00 | 300.00 | |
| Holiday | | 0.00 | 1350.00 | |
| GTL - PA - FTE 1 Auto | | 4.89 | 24.45 | In/Out |
| **Gross** | | **3004.89** | **21024.45** | |
| **W/H Taxes** | | | | |
| Federal W/H(M/0) | | 279.08 | 2007.56 | |
| Medicare | | 43.57 | 304.85 | |
| Social Security | | 186.31 | 1303.52 | |
| Penn. State W/H(M/0) | | 92.10 | 644.70 | |
| 151107,CHADDS FORD TWP | | 0.00 | 0.00 | |
| LST 151107,CHADDS FORD TWP | | 2.00 | 14.00 | |
| Pennsylvania UI/HC/WF | | 1.80 | 12.60 | |
| **Deductions** | | | | |
| 401K % | | 90.00 | 180.00 | |
| **Net Pay** | | **2305.14** | **16532.77** Check No. 28971 |
| **Net Pay Distribution** | | | | |
| Payroll Net Check | | 2305.14 | 16532.77 A/C: | |

| Employee Benefits, Allowances, and Other | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|
| 401K % - Match | 22.50 | 45.00 *Company Match | | |
| Safe Harbor 3% * | 90.00 | 270.00 *Memo Only | | |
| PTO Hours | 6.16 | 44.36 | 16.00 | 28.36 |

# Earnings Statement

**MICHAEL GORDON**

Pay Date: 04/30/2020
Period Start: 04/11/2020
Period End: 04/24/2020

Company: 0DB47 - FRANKLIN MINT FEDERAL CREDIT UNION
5 HILLMAN DRIVE, SUITE 100
CHADDS FORD PA 19317  (484) 259-1000

Emp #: 4447
Dept: 0181 - Information Security
Pay Basis: Salary

| | Rate | Hours/Units | Current Period | Year To Date | |
|---|---|---|---|---|---|
| **Earnings** | | | | | |
| Regular | | | 3000.00 | 24450.00 | |
| Paid Time Off | | | 0.00 | 900.00 | |
| Training | | | 0.00 | 300.00 | |
| Holiday | | | 0.00 | 1350.00 | |
| GTL - PA - FTE 1 Auto | | | 4.89 | 34.23 | In/Out |
| **Gross** | | | **3004.89** | **27034.23** | |
| **W/H Taxes** | | | | | |
| Federal W/H(M/0) | | | 279.08 | 2565.72 | |
| Medicare | | | 43.57 | 392.00 | |
| Social Security | | | 186.30 | 1676.12 | |
| Penn. State W/H(M/0) | | | 92.10 | 828.90 | |
| 151107,CHADDS FORD TWP | | | 0.00 | 0.00 | |
| LST 151107,CHADDS FORD TWP | | | 2.00 | 18.00 | |
| Pennsylvania UI/HC/WF | | | 1.80 | 16.20 | |
| **Deductions** | | | | | |
| 401K % | | | 90.00 | 360.00 | |
| **Net Pay** | | | **2305.15** | **21143.06** Check No. 29643 |
| **Net Pay Distribution** | | | | | |
| Payroll Net Check | | | 2305.15 | 21143.06 A/C: | |

| Employee Benefits, Allowances, and Other | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|
| 401K % - Match | 22.50 | 90.00 *Company Match | | |
| Safe Harbor 3% * | 90.00 | 450.00 *Memo Only | | |
| PTO Hours | 6.16 | 56.68 | 16.00 | 40.68 |