## Earnings Statement

**MICHAEL GORDON**

| | |
|---|---|
| Pay Date: | 04/30/2020 |
| Period Start: | 04/11/2020 |
| Period End: | 04/24/2020 |

Company: 0DB47 - FRANKLIN MINT FEDERAL CREDIT UNION
5 HILLMAN DRIVE, SUITE 100
CHADDS FORD  PA  19317    (484) 259-1000

Emp #: 4447
Dept: 0181 - Information Security
Pay Basis: Salary

| | Rate | Hours/Units | Current Period | Year To Date | |
|---|---|---|---|---|---|
| **Earnings** | | | | | |
| Regular | | | 3000.00 | 24450.00 | |
| Paid Time Off | | | 0.00 | 900.00 | |
| Training | | | 0.00 | 300.00 | |
| Holiday | | | 0.00 | 1350.00 | |
| GTL - PA - FTE 1 Auto | | | 4.89 | 34.23 | In/Out |
| **Gross** | | | **3004.89** | **27034.23** | |
| **W/H Taxes** | | | | | |
| Federal W/H(M/0) | | | 279.08 | 2565.72 | |
| Medicare | | | 43.57 | 392.00 | |
| Social Security | | | 186.30 | 1676.12 | |
| Penn. State W/H(M/0) | | | 92.10 | 828.90 | |
| 151107,CHADDS FORD TWP | | | 0.00 | 0.00 | |
| LST 151107,CHADDS FORD TWP | | | 2.00 | 18.00 | |
| Pennsylvania UI/HC/WF | | | 1.80 | 16.20 | |
| **Deductions** | | | | | |
| 401K % | | | 90.00 | 360.00 | |
| **Net Pay** | | | **2305.15** | **21143.06** Check No. 29643 |
| **Net Pay Distribution** | | | | | |
| Payroll Net Check | | | 2305.15 | 21143.06 A/C: | |

| Employee Benefits, Allowances, and Other | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|
| 401K % - Match | 22.50 | 90.00 *Company Match | | |
| Safe Harbor 3% * | 90.00 | 450.00 *Memo Only | | |
| PTO Hours | 6.16 | 56.68 | 16.00 | 40.68 |