SOUTHEAST DELCO SCHOOL DISTRICT
PAYROLL DIRECT DEPOSIT NOTIFICATION

SOUTHEAST DELCO SCHOOL DISTRICT
PAYROLL ACCOUNT
1560 DELMAR DRIVE
FOLCROFT, PA  19032

**EARNINGS STATEMENT**

Period Ending: 02/20/2020
Pay Date: 02/28/2020

DEPT 08 - DELCROFT
MEGHAN M GORDON
847 Cricket Road
SECANE, PA  19018

4462

Taxable Married Status: Married
Exemptions/Allowance
  Federal: 1
  State: 1

| EARNINGS | rate | hours | this period | year to date |
|---|---|---|---|---|
| REGULAR | | | 3,053.00 | |
| SUPPLEMENTAL | 32.50 | 17.500 | 568.75 | |
| Gross Pay | | | $3,621.75 | $17,426.25 |

**Taxes and Deductions**

| | this period | year to date |
|---|---|---|
| Federal Income Tax | 289.45 | 1,383.56 |
| PA State Income Tax | 106.07 | 511.42 |
| FICA | 214.42 | 1,033.86 |
| MEDICARE | 50.15 | 241.79 |
| 231103 | 36.28 | 174.41 |
| RETI | | |
| DUESI | 271.63 | 1,306.97 |
| OI | 87.80 | 439.00 |
| EMSFOL | 2.17 | 10.45 |
| LTD1 | 2.00 | 10.00 |
| DENTTBUY | 18.19 | 72.76 |
| HDHPT5 | 11.65 | 46.60 |
| HSA T EE PA FAM | 54.14 | 216.56 |
| SLUSD | 100.80 | 504.00 |
| 403B-3 | 277.85 | 1,389.25 |
| | 25.00 | 100.00 |
| Net Pay | $2,074.18 | $9,985.62 |

---

SOUTHEAST DELCO
SCHOOL DISTRICT
PAYROLL ACCOUNT
DELMAR DRIVE AND PRIMOS AVENUE
FOLCROFT, PA 19032

190056

190060
02/28/20

MEGHAN M GORDON

\*\*\*\*\*\*\*\* DIRECT DEPOSIT - NON-NEGOTIABLE \*\*\*\*\*\*\*\*\* \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*2,074.18\*\*
SOVEREIGN BANK      (CHECKING)   2074.18

NON-NEGOTIABLE
THIS IS NOT A CHECK

**DIRECT     DEPOSIT     NOTIFICATION**

SOUTHEAST DELCO SCHOOL DISTRICT
PAYROLL DIRECT DEPOSIT NOTIFICATION

SOUTHEAST DELCO SCHOOL DISTRICT
PAYROLL ACCOUNT
1560 DELMAR DRIVE
FOLCROFT, PA    19032

EARNINGS STATEMENT

Period Ending:    03/05/2020
Pay Date:    03/13/2020

DEPT 08 - DELCROFT
MEGHAN M GORDON
847 Cricket Road
SECANE, PA    19018

4462

Taxable Married Status: Married
Exemptions/Allowance
    Federal:  1
    State:    1

| EARNINGS | rate | hours | this period | year to date |
|---|---|---|---|---|
| REGULAR | | | 3,053.00 | |
| SUPPLEMENTAL | 32.50 | 16.500 | 536.25 | |
| Gross Pay | | | $3,589.25 | $21,015.50 |

Taxes and Deductions

| | this period | year to date |
|---|---|---|
| Federal Income Tax | 285.84 | 1,669.40 |
| PA State Income Tax | 105.08 | 616.50 |
| FICA | 212.40 | 1,246.26 |
| MEDICARE | 49.67 | 291.46 |
| 231103 | 35.92 | 210.33 |
| RET1 | 269.19 | 1,576.16 |
| DUEP1 | 87.80 | 526.80 |
| UI | 2.15 | 12.60 |
| EMSFOL | 2.00 | 12.00 |
| LTD1 | 18.19 | 90.95 |
| DENTTBUF | 11.65 | 58.25 |
| HDHPT5 | 54.14 | 270.70 |
| HSA_T_EE_PA_FAM | 100.80 | 604.80 |
| SLUSD | 277.85 | 1,667.10 |
| 403B-3 | 25.00 | 125.00 |
| Net Pay | $2,051.57 | $12,037.19 |



SOUTHEAST DELCO
SCHOOL DISTRICT
PAYROLL ACCOUNT
DELMAR DRIVE AND PRIMOS AVENUE
FOLCROFT, PA 19032

190635

190635
03/13/20

MEGHAN M GORDON

******** DIRECT DEPOSIT - NON-NEGOTIABLE ********  *****************2,051.57**
SOVEREIGN BANK    (CHECKING)    2051.57

NON-NEGOTIABLE
Stephen D. Butz
THIS IS NOT A CHECK

DIRECT    DEPOSIT    NOTIFICATION

EARNINGS STATEMENT

SOUTHEAST DELCO SCHOOL DISTRICT
PAYROLL ACCOUNT
560 DELMAR DRIVE
FOLCROFT, PA  19032

Period Ending: 03/19/2020
Pay Date: 03/27/2020

DEPT 08 - DELCROFT

MEGHAN M GORDON
7 Cricket Road
CANE, PA  19018

4462

Taxable Married Status: Married
Exemptions/Allowance
   Federal: 1
   State: 1

| EARNINGS | rate | hours | this period | year to date |
|---|---|---|---|---|
| LAR |  |  | 3,053.00 |  |
| Gross Pay |  |  | $3,053.00 | $24,068.50 |

Taxes and Deductions

| | this period | year to date |
|---|---|---|
| Federal Income Tax | 226.31 | 1,895.71 |
| PA State Income Tax | 88.61 | 705.11 |
| FICA | 179.16 | 1,425.42 |
| MEDICARE | 41.90 | 333.36 |
| 231103 | 30.56 | 240.89 |
| RET1 | 228.98 | 1,805.14 |
| DUEP1 | 87.80 | 614.60 |
| UI | 1.83 | 14.43 |
| EMSFOL | 2.00 | 14.00 |
| LTD1 | 18.19 | 109.14 |
| DENTTBUF | 11.65 | 69.90 |
| HDHPT5 | 54.14 | 324.84 |
| HSA T EE PA FAM | 100.80 | 705.60 |
| BLUSD | 277.85 | 1,944.95 |
| 403B-3 | 25.00 | 150.00 |
| Net Pay | $1,678.22 | $13,715.41 |

---



SOUTHEAST DELCO
SCHOOL DISTRICT
PAYROLL ACCOUNT
DELMAR DRIVE AND PRIMOS AVENUE
FOLCROFT, PA 19032

19176

191765
03/27/20

MEGHAN M GORDON

******** DIRECT DEPOSIT - NON-NEGOTIABLE ******** *****************1,678.22**
    SOVEREIGN BANK          (CHECKING)    1678.22

NON-NEGOTIABLE
*Stephen D. Butz*
THIS IS NOT A CHECK

```
SOUTHEAST DELCO SCHOOL DISTRICT              EARNINGS STATEMENT
PAYROLL ACCOUNT                              Period Ending:    04/02/2020
1560 DELMAR DRIVE                            Pay Date:         04/10/2020
FOLCROFT, PA   19032


DEPT 08 - DELCROFT
MEGHAN M GORDON                     4462     Taxable Married Status: Married
847 Cricket Road                             Exemptions/Allowance
SECANE, PA    19018                              Federal:  1
                                                 State:    1

EARNINGS      rate     hours    this period    year to date
REGULAR                          3,053.00
              Gross Pay         $3,053.00      $27,121.50

Taxes and Deductions
          Federal Income Tax    226.31         2,122.02
          PA State Income Tax    88.61           793.72
          FICA                  179.16         1,604.58
          MEDICARE               41.90           375.26
          231103                 30.56           271.45
          RET1                  228.98         2,034.12
          DUEP1                                  614.60
          UI                      1.83            16.26
          EMSFOL                  2.00            16.00
          LTD1                   18.19           127.33
          DENTTBUF               11.65            81.55
          HDHPT5                 54.14           378.98
          HSA T EE PA FAM       100.80           805.40
          SLUSD                 277.85         2,222.80
          403B-3                 25.00           175.00

          Net Pay             $1,766.02       $15,481.43
```



```
SOUTHEAST DELCO                                          19180
SCHOOL DISTRICT
PAYROLL ACCOUNT
DELMAR DRIVE AND PRIMOS AVENUE
FOLCROFT, PA 19032
                                                        192330
                                                       04/10/20

MEGHAN M GORDON

******** DIRECT DEPOSIT - NON-NEGOTIABLE ******** ***************1,766.02**
         SOVEREIGN BANK          (CHECKING)    1766.02

                                                 NON-NEGOTIABLE
```

**PAYROLL DIRECT DEPOSIT NOTIFICATION**

SOUTHEAST DELCO SCHOOL DISTRICT
PAYROLL ACCOUNT
1560 DELMAR DRIVE
FOLCROFT, PA  19032

DEPT 08 - DELCROFT
MEGHAN M GORDON                     4462
847 Cricket Road
SECANE, PA   19018

**EARNINGS STATEMENT**

Period Ending:   04/16/20
Pay Date:        04/24/20

Taxable Married Status: Married
Exemptions/Allowance
   Federal: 1
   State:   1

| EARNINGS | rate | hours | this period | year to date |
|---|---|---|---|---|
| REGULAR | | | 3,053.00 | |
| Gross Pay | | | $3,053.00 | $30,174.50 |

**Taxes and Deductions**

| | this period | year to date |
|---|---|---|
| Federal Income Tax | 226.31 | 2,348.33 |
| PA State Income Tax | 88.61 | 882.33 |
| FICA | 179.16 | 1,783.74 |
| MEDICARE | 41.90 | 417.16 |
| 231103 | 30.56 | 302.01 |
| RET1 | 228.98 | 2,263.10 |
| DUEP1 | | 614.60 |
| UI | 1.83 | 18.09 |
| EMSFOL | 2.00 | 18.00 |
| LTD1 | 18.19 | 145.52 |
| DENTTBUF | 11.65 | 93.20 |
| HDHPT5 | 54.14 | 433.12 |
| HSA T EE PA FAM | 100.80 | 907.20 |
| SLUSD | 277.85 | 2,500.65 |
| 403B-3 | 25.00 | 200.00 |
| Net Pay | $1,766.02 | $17,247.45 |

---



SOUTHEAST DELCO
SCHOOL DISTRICT
PAYROLL ACCOUNT
DELMAR DRIVE AND PRIMOS AVENUE
FOLCROFT, PA 19032

191

192894
04/24/

MEGHAN M GORDON

******** DIRECT DEPOSIT - NON-NEGOTIABLE ******** ****************1,766.02**
SOVEREIGN BANK        (CHECKING)    1766.02

NON-NEGOTIABLE

THIS IS NOT A CHECK