PAYROLL DIRECT DEPOSIT NOTIFICATION

**SOUTHEAST DELCO SCHOOL DISTRICT**
PAYROLL ACCOUNT
1560 DELMAR DRIVE
FOLCROFT, PA 19032

EARNINGS STATEMENT
Period Ending: 04/16/20
Pay Date: 04/24/20

DEPT 08 - DELCROFT
MEGHAN M GORDON        4462
847 Cricket Road
SECANE, PA  19018

Taxable Married Status: Married
Exemptions/Allowance
 Federal: 1
 State:   1

| EARNINGS | rate | hours | this period | year to date |
|---|---|---|---|---|
| REGULAR | | | 3,053.00 | |
| Gross Pay | | | $3,053.00 | $30,174.50 |

**Taxes and Deductions**

| | this period | year to date |
|---|---|---|
| Federal Income Tax | 226.31 | 2,348.33 |
| PA State Income Tax | 88.61 | 882.33 |
| FICA | 179.16 | 1,783.74 |
| MEDICARE | 41.90 | 417.16 |
| 231103 | 30.56 | 302.01 |
| RET1 | 228.98 | 2,263.10 |
| DUEP1 | | 614.60 |
| UI | 1.83 | 18.09 |
| EMSFOL | 2.00 | 18.00 |
| LTD1 | 18.19 | 145.52 |
| DENTTBUF | 11.65 | 93.20 |
| HDHPT5 | 56.14 | 433.12 |
| HSA T EE PA FAM | 100.00 | 907.20 |
| SLUSD | 277.85 | 2,500.65 |
| 403B-3 | 25.00 | 200.00 |
| Net Pay | $1,766.02 | $17,247.45 |

Safeguard
REORDER FROM YOUR LOCAL SAFEGUARD DISTRIBUTOR, IF UNKNOWN, CALL 800-523-2422



**SOUTHEAST DELCO SCHOOL DISTRICT**
PAYROLL ACCOUNT
DELMAR DRIVE AND PRIMOS AVENUE
FOLCROFT, PA 19032

191

192894
04/24/

MEGHAN M GORDON

******* DIRECT DEPOSIT - NON-NEGOTIABLE ********  *****************1,766.02**
SOVEREIGN BANK        (CHECKING)    1766.02

NON-NEGOTIABLE

THIS IS NOT
A CHECK