UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                        CHAPTER 13

MICHAEL GORDON and
MEGHAN GORDON,                           NO. 20-12102 JKF
                Debtor(s)

## CERTIFICATION OF NO OBJECTION
## TO ATTORNEY FEE APPLICATION

With no objection having been served on Counsel for Debtor(s), Kenneth E. West, Esquire, of Douglass, West & Associates, it is hereby requested that an Order be entered approving attorney's fees in the above matter.

                                                                    Respectfully submitted,

                                                                    */s/Kenneth E. West*
                                                                    KENNETH E. WEST, ESQUIRE
                                                                    Douglass, West & Associates
                                                                    830 Lansdowne Avenue
                                                                    Drexel Hill, PA  19026
                                                                    Phone No.:     610-446-9000
                                                                    Fax No.:        610-449-5380
                                                                    Counsel for Debtor(s)

Date:  7/16/20