Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020  
**Chapter 13 Case No. 20-12102-AMC**

Michael Gordon  
Meghan Gordon  
847 Cricket Rd  
Secane  PA    19018-3306

Petition Filed Date: 04/24/2020  
341 Hearing Date: 05/29/2020  
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 05/22/2020 | $1,730.00 | | 06/16/2020 | $1,730.00 | | 07/16/2020 | $1,730.00 | |

**Total Receipts for the Period:  $5,190.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $5,190.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| | | | | | |

### SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $5,190.00 | Current Monthly Payment: | $1,727.00 |
| Paid to Claims: | $0.00 | Arrearages: | ($9.00) |
| Paid to Trustee: | $519.00 | Total Plan Base: | $103,620.00 |
| Funds on Hand: | $4,671.00 | | |

**NOTES:**

• PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.