UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Michael Gordon<br>    Meghan Gordon<br><br>                Debtors | Chapter 13<br>Bankruptcy No.20-12102-AMC |

### CERTIFICATE OF SERVICE

I, Deborah A. Earnshaw, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtors* filed in the above-referenced case has been served this 18th day of August, 2020, by first class mail upon those listed below:

Michael Gordon
847 Cricket Rd
Secane, PA  19018-3306

Meghan Gordon
847 Cricket Rd
Secane, PA

**Electronically via CM/ECF System Only:**

KENNETH E WEST ESQ
DOUGLASS WEST & ASSOCIATES
830 LANSDOWNE AVENUE
DREXEL HILL, PA  19026

 

/s/ *Deborah A. Earnshaw*
_____
Deborah A. Earnshaw
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee