UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| MICHAEL AND MEGHAN GORDON | : | |
| Debtor(s) | : | NO. 20-12102 AMC |

# **CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED, that on this day, a true and correct copy of Debtor's Objection to Proof of Claim of Bank of America along with the Notice of Hearing Date was served upon the debtor and the following entities by the following means:

> Bank of America, N.A.
> PO Box 982284
> El Paso TX 79998-2238
> Card_Bankruptcy_POC@bankofamerica.com
> (Via Email and Regular Mail)
>
> Scott F. Waterman, Esquire
> (Via electronic service)
>
> Office of the U.S. Trustee
> (Via electronic service)

Dated: October 16, 2020            */s/Kenneth E. West*
                                   KENNETH E. WEST
                                   Douglass, West & Associates
                                   830 Lansdowne Avenue
                                   Drexel Hill, PA 19026
                                   Phone No.:    610-446-9000
                                   Fax No.:      610-449-5380
                                   Counsel for Debtor(s)