UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
:
MICHAEL AND MEGHAN GORDON :
Debtor(s) : NO. 20-12102 AMC

## **PRAECIPE TO WITHDRAW OBJECTION TO PROOF OF CLAIM**

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw without prejudice the Objection to Proof of Claim filed by the Debtor, Docket Entry #29.

Dated: November 6, 2020 */s/Kenneth E. West*
KENNETH E. WEST
Douglass, West & Associates
830 Lansdowne Avenue
Drexel Hill, PA  19026
Phone No.: 610-446-9000
Fax No.: 610-449-5380
Counsel for Debtor(s)