UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| MICHAEL AND MEGHAN GORDON | : | |
| Debtor(s) | : | NO. 20-12102 AMC |

## **PRAECIPE TO WITHDRAW OBJECTION TO PROOF OF CLAIM**

TO THE CLERK OF THE BANKRUPTCY COURT:

    Kindly withdraw without prejudice the Objection to Proof of Claim filed by the Debtor, Docket Entry #32.

Dated: November 6, 2020    */s/Kenneth E. West*
    KENNETH E. WEST
    Douglass, West & Associates
    830 Lansdowne Avenue
    Drexel Hill, PA  19026
    Phone No.:    610-446-9000
    Fax No.:      610-449-5380
    Counsel for Debtor(s)