**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                                              CHAPTER 13

MICHAEL GORDON and
MEGHAN GORDON                                                         NO. 20-12102 AMC

**PRE-CONFIRMATION CERTIFICATION**
**OF COMPLIANCE WITH POST-PETITION OBLIGATIONS IN ACCORDANCE**
**WITH 11 U.S.C. SECTIONS 1325(a)(6), 1325(a)(8) AND (a)(9)**

I, Kenneth E. West, upon my oath according to law, hereby certify as follows in connection with the confirmation hearing scheduled for 11/18/20, in the above-referenced case:

1. The above-named debtor(s) has/have paid all post petition amounts that are required to be paid under any and all Domestic Support Obligations.

3. The above-named debtor(s) has/have filed all applicable Federal, State, and local tax returns, required to be filed within the 4 year period preceding the petition date.

4. If the confirmation hearing date stated above is adjourned for any reason, and the information herein changes, an updated Certification will be provided to the standing trustee prior to any subsequent Confirmation hearing date.

5. If this Certification is being signed by counsel of debtor(s), counsel certifies that debtor(s) was/were duly questioned about the statements in this Certification and supplied answers consistent with this Certification.

Dated: November 9, 2020                          */s/Kenneth E. West*
                                                                KENNETH E. WEST
                                                                Douglass, West & Associates
                                                                830 Lansdowne Avenue
                                                                Drexel Hill, PA  19026
                                                                Phone No.:     610-446-9000
                                                                Fax No.:        610-449-5380
                                                                Counsel for Debtor(s)