LAW OFFICES
MCCALLA RAYMER LEIBERT PIERCE, LLC
BANKRUPTCY DEPARTMENT
1544 Old Alabama Road
<u>Roswell,  GA 30076</u>
TELEPHONE: 770-643-7200
TELEFAX: 866-761-0279
1-800-275-7171

January 11, 2021

Clerk, United States Bankruptcy Court
400 Robert N.C. Nix Bldg.
900 Market St.
Philadelphia, PA 19107-4299

**<u>REQUEST FOR SERVICE OF NOTICES</u>**

RE:

| | |
|---|---|
| Debtors | Michael Gordon and Meghan Gordon |
| Case Number | 20-12102 |
| Chapter | 13 |
| Secured Creditor | M & T Bank |
| Loan Number | XXXXXX6373 |

Dear Sir / Madam:

    Would you be so kind as to add the following interested party to the mailing / service list in the above referenced case:

    M & T Bank
    c/o MCCALLA RAYMER LEIBERT PIERCE, LLC
    Bankruptcy Department
    1544 Old Alabama Road
    Roswell, GA 30076

    Please provide us with a copy of each notice of any proceeding, hearing and/or report in this matter including, but not limited to notices required by Bankruptcy Rules 2002(g) and the Local Rules of the Bankruptcy Court.

    We appreciate your courtesy in this matter.   If you have any questions, please do not hesitate to call me.

                                                 Very Truly Yours,

                                               /s/ Melissa Licker
                                               c/o MCCALLA RAYMER LEIBERT PIERCE, LLC
                                               1544 Old Alabama Road
                                               Roswell, GA   30076
                                               Phone: 732-902-5384
                                               Email: Melissa.Licker@mccalla.com
                                               Attorney Bar No:

NOA