Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021  
**Chapter 13 Case No. 20-12102-AMC**

Michael Gordon  
Meghan Gordon  
847 Cricket Rd  
Secane  PA    19018-3306

Petition Filed Date: 04/24/2020  
341 Hearing Date: 05/29/2020  
Confirmation Date: 11/18/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 05/22/2020 | $1,730.00 | | 06/16/2020 | $1,730.00 | | 07/16/2020 | $1,730.00 | |
| 08/17/2020 | $1,730.00 | | 09/16/2020 | $1,730.00 | | 10/19/2020 | $1,730.00 | |
| 11/17/2020 | $1,730.00 | | 12/16/2020 | $2,588.00 | | 01/19/2021 | $2,588.00 | |
| 02/17/2021 | $2,588.00 | | 03/16/2021 | $2,588.00 | | 04/16/2021 | $2,588.00 | |
| 05/17/2021 | $2,588.00 | | | | | | | |

**Total Receipts for the Period: $27,638.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $27,638.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | DISCOVER BANK<br>»» 001 | Unsecured Creditors | $11,570.04 | $0.00 | $11,570.04 |
| 2 | SANTANDER CONSUMER USA<br>»» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | BANK OF AMERICA NA<br>»» 003 | Unsecured Creditors | $25,949.33 | $0.00 | $25,949.33 |
| 4 | MERRICK BANK<br>»» 004 | Unsecured Creditors | $1,137.72 | $0.00 | $1,137.72 |
| 5 | CW NEXUS CREDIT CARD HOLDINGS LLC<br>»» 005 | Unsecured Creditors | $583.29 | $0.00 | $583.29 |
| 6 | BANK OF AMERICA NA<br>»» 006 | Unsecured Creditors | $17,591.16 | $0.00 | $17,591.16 |
| 7 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 007 | Unsecured Creditors | $537.12 | $0.00 | $537.12 |
| 8 | M&T BANK<br>»» 008 | Mortgage Arrears | $38,195.25 | $24,366.20 | $13,829.05 |
| 9 | AMERICAN INFOSOURCE LP<br>»» 009 | Unsecured Creditors | $603.32 | $0.00 | $603.32 |
| 10 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 010 | Unsecured Creditors | $977.02 | $0.00 | $977.02 |
| 11 | AMERICAN EXPRESS NATIONAL BANK<br>»» 011 | Unsecured Creditors | $4,561.43 | $0.00 | $4,561.43 |
| 12 | WELLS FARGO EDUCATION<br>»» 012 | Unsecured Creditors | $5,389.23 | $0.00 | $5,389.23 |
| 13 | EDUCATIONAL CREDIT MGMT CORP<br>»» 013 | Unsecured Creditors | $6,828.11 | $0.00 | $6,828.11 |
| 14 | WELLS FARGO<br>»» 014 | Unsecured Creditors | $761.96 | $0.00 | $761.96 |

| 15 | ATLAS ACQUISITIONS LLC<br>»» 015 | Unsecured Creditors | $3,810.25 | $0.00 | $3,810.25 |
| 16 | CITIBANK NA<br>»» 016 | Unsecured Creditors | $5,970.99 | $0.00 | $5,970.99 |
| 17 | QUANTUM3 GROUP LLC as agent for<br>»» 017 | Unsecured Creditors | $1,498.35 | $0.00 | $1,498.35 |
| 18 | QUANTUM3 GROUP LLC as agent for<br>»» 018 | Unsecured Creditors | $1,358.31 | $0.00 | $1,358.31 |
| 19 | QUANTUM3 GROUP LLC as agent for<br>»» 019 | Unsecured Creditors | $527.83 | $0.00 | $527.83 |
| 20 | CITIBANK NA<br>»» 020 | Unsecured Creditors | $1,003.49 | $0.00 | $1,003.49 |
| 21 | QUANTUM3 GROUP LLC as agent for<br>»» 021 | Unsecured Creditors | $3,255.83 | $0.00 | $3,255.83 |
| 22 | CITIBANK NA<br>»» 022 | Unsecured Creditors | $1,122.53 | $0.00 | $1,122.53 |
| 0 | KENNETH E WEST ESQ | Attorney Fees | $1,000.00 | $1,000.00 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $27,638.00 | Current Monthly Payment: | $2,588.00 |
| Paid to Claims: | $25,366.20 | Arrearages: | $0.00 |
| Paid to Trustee: | $2,271.80 | Total Plan Base: | $149,274.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.