UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                 :        CHAPTER 13                          .
                                       :
Michael and Meghan Gordon              :
            Debtor (s)                 :        BANKRUPTCY NO. 20-12102 AMC

## PRAECIPE TO WITHDRAW APPEARANCE

TO THE CLERK:

Kindly withdraw my appearance on behalf of the debtor(s) in the above-referenced matter.

Date:  9/29/2021

_____
Kenneth E. West, Esq.
830 Lansdowne Avenue
Drexel Hill, PA  19026
Phone No.:      610-446-9000
Fax No.:        610-449-5380

## PRAECIPE TO ENTER APPEARANCE

TO THE CLERK:

Kindly enter my appearance on behalf of the debtor(s) in the above-referenced matter.

Dated: 9/30/21

_____
Robert Holber, Esq.
41 E. Front Street
Media PA 19063
610-565-5463
Counsel for Debtor(s)