IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: MICHAEL GORDON : CHAPTER 13
MEGHAN GORDON :
:
Debtor : Bankruptcy No. 20-12102 - AMC

## PRAECIPE TO WITHDRAW MOTION TO PERMIT DEBTOR TO MODIFY CONFIRMED CHAPTER 13 PLAN

TO THE CLERK OF COURTS:

Please withdraw Motion to Permit Debtor to Modify Confirmed Chapter 13 Plan previously filed on February 8, 2022, regarding the above captioned debtor.

Date: 3/5/22

ROBERT H. HOLBER, ESQUIRE
Counsel for Debtor(s)