IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: MICHAEL GORDON          :   CHAPTER 13
      MEGHAN M. GORDON          :
           Debtors        :   Bankruptcy No.: 20-12102

**CERTIFICATION OF SERVICE**

    I, Robert H. Holber, Esquire, Counsel for Debtors, hereby certify that I served a copy of the Fourth Amended Chapter 13 Plan upon the U.S. Trustee's Office, Scott Waterman, Esquire, Chapter 13 Trustee, Debtors, Michael & Meghan M. Gordon, and all secured and priority creditors, by first-class mail, postage prepaid and/or electronic means on or about March 29, 2022.

                                           /s/ Robert H. Holber
                                           Robert H. Holber, Esquire
                                           Counsel for Debtors
                                           41 E. Front Street
                                           Media, PA 19063
                                           (610) 565-5463

Dated: 3/25/22