IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: MICHAEL GORDON        :    CHAPTER 13
       MEGHAN M. GORDON        :
           Debtors        :    Bankruptcy No.: 20-12102

## CERTIFICATION OF NO ANSWER OR OBJECTION

I, Robert H. Holber, Esquire, Counsel for Debtors hereby certify that:

1. The Notice of Motion, Response Deadline and Hearing Date as regards Debtor's Motion to Permit Debtor to Modify Confirmed Chapter 13 Plan , was served upon Office of the United states Trustee, Chapter 13 Trustee, Scott F. Waterman, all creditors listed on Matrix, all creditor's who filed timely Proof of Claims, and Debtors, Michael & Meghan Gordon on or about March 29, 2022 and

2. As of the below noted date, he has received no answer or objection, from any party to the granting of the Order.

Dated: 04/26/22

_____
ROBERT H. HOLBER, ESQUIRE
Counsel for Debtor
41 E. Front Street
Media, PA. 19063
(610) 565-5463