IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: MICHAEL GORDON &  : CHAPTER 13
      MEGHAN M. GORDON  :
                 Debtors  : Bankruptcy No.: 20-12102

### ORDER

AND NOW, this    day of            , 2022, upon review of Debtors' Motion To Modify Confirmed Chapter 13 Plan and consideration of any response thereto, it is hereby ORDERED:

1. The motion is GRANTED; and

2. Debtors Fourth Amended Chapter 13 Plan attached to their motion replaces Debtor's present Third Amended Chapter 13 Plan.

**Date: April 27, 2022**

_____
                                            J.