| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
### Chapter 13 Case No. 20-12102-AMC

Michael Gordon  
Meghan Gordon  
847 Cricket Rd  
Secane  PA    19018-3306

Petition Filed Date: 04/24/2020  
341 Hearing Date: 05/29/2020  
Confirmation Date: 11/18/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/16/2021 | $2,588.00 | | 05/17/2021 | $2,588.00 | | 06/16/2021 | $2,588.00 | |
| 07/16/2021 | $2,588.00 | | 08/16/2021 | $2,588.00 | | 09/16/2021 | $2,588.00 | |
| 10/19/2021 | $2,588.00 | | 11/17/2021 | $2,588.00 | | 12/20/2021 | $2,588.00 | |
| 01/18/2022 | $2,588.00 | | 02/16/2022 | $2,588.00 | | 03/21/2022 | $2,588.00 | |
| 05/02/2022 | $1,340.00 | | 06/01/2022 | $1,340.00 | | 07/01/2022 | $1,340.00 | |
| 08/01/2022 | $1,340.00 | | | | | | | |

**Total Receipts for the Period: $36,416.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $58,878.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | DISCOVER BANK<br>»» 001 | Unsecured Creditors | $11,570.04 | $1,579.22 | $9,990.82 |
| 2 | SANTANDER CONSUMER USA<br>»» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | BANK OF AMERICA NA<br>»» 003 | Unsecured Creditors | $25,949.33 | $3,541.90 | $22,407.43 |
| 4 | MERRICK BANK<br>»» 004 | Unsecured Creditors | $1,137.72 | $155.30 | $982.42 |
| 5 | CW NEXUS CREDIT CARD HOLDINGS LLC<br>»» 005 | Unsecured Creditors | $583.29 | $79.62 | $503.67 |
| 6 | BANK OF AMERICA NA<br>»» 006 | Unsecured Creditors | $17,591.16 | $2,401.07 | $15,190.09 |
| 7 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 007 | Unsecured Creditors | $537.12 | $59.37 | $477.75 |
| 8 | M&T BANK<br>»» 008 | Mortgage Arrears | $38,195.25 | $38,195.25 | $0.00 |
| 9 | AMERICAN INFOSOURCE LP<br>»» 009 | Unsecured Creditors | $603.32 | $82.35 | $520.97 |
| 10 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 010 | Unsecured Creditors | $977.02 | $133.35 | $843.67 |
| 11 | AMERICAN EXPRESS NATIONAL BANK<br>»» 011 | Unsecured Creditors | $4,561.43 | $622.60 | $3,938.83 |
| 12 | WELLS FARGO EDUCATION<br>»» 012 | Unsecured Creditors | $5,389.23 | $735.60 | $4,653.63 |
| 13 | EDUCATIONAL CREDIT MGMT CORP<br>»» 013 | Unsecured Creditors | $6,828.11 | $931.99 | $5,896.12 |
| 14 | WELLS FARGO<br>»» 014 | Unsecured Creditors | $761.96 | $103.99 | $657.97 |

**Chapter 13 Case No. 20-12102-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 15 | ATLAS ACQUISITIONS LLC<br>»» 015 | Unsecured Creditors | $3,810.25 | $520.08 | $3,290.17 |
| 16 | CITIBANK NA<br>»» 016 | Unsecured Creditors | $5,970.99 | $814.99 | $5,156.00 |
| 17 | QUANTUM3 GROUP LLC as agent for<br>»» 017 | Unsecured Creditors | $1,498.35 | $204.53 | $1,293.82 |
| 18 | QUANTUM3 GROUP LLC as agent for<br>»» 018 | Unsecured Creditors | $1,358.31 | $185.40 | $1,172.91 |
| 19 | QUANTUM3 GROUP LLC as agent for<br>»» 019 | Unsecured Creditors | $527.83 | $58.36 | $469.47 |
| 20 | CITIBANK NA<br>»» 020 | Unsecured Creditors | $1,003.49 | $136.98 | $866.51 |
| 21 | QUANTUM3 GROUP LLC as agent for<br>»» 021 | Unsecured Creditors | $3,255.83 | $444.39 | $2,811.44 |
| 22 | CITIBANK NA<br>»» 022 | Unsecured Creditors | $1,122.53 | $153.22 | $969.31 |
| 0 | KENNETH E WEST ESQ | Attorney Fees | $1,000.00 | $1,000.00 | $0.00 |
| 0 | ROBERT H HOLBER ESQ | Attorney Fees | $500.00 | $500.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $58,878.00 | Current Monthly Payment: | $1,340.00 |
| Paid to Claims: | $52,639.56 | Arrearages: | $0.00 |
| Paid to Trustee: | $4,978.02 | Total Plan Base: | $103,098.00 |
| Funds on Hand: | $1,260.42 | | |

**NOTES:**

• PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.