# UNITED STATES BANKRUPTCY COURT
Eastern District Of Pennsylvania

**IN RE:** MEGHAN GORDON; MICHAEL GORDON        **CASE NO:** 2012102

## NOTICE OF CHANGE OF ADDRESS FOR PAYMENTS

Wells Fargo Bank, N.A., *as Servicer,* hereby gives notice that all presently held or future payments to the creditor for the Court claim number(s) 12 from the Chapter 13 Trustee should be sent to the following address:

| OLD Payments Address: | NEW Payments Address: |
|---|---|
| Wells Fargo Bank, N.A.,Wells Fargo Education Financial Services<br>301 E 58th Street N<br>Sioux Falls, SD 57104 | Wells Fargo Bank, N.A. - Wells Fargo Education Financial Services<br>PO Box 564300<br>Charlotte, NC 28256-9914 |

/s/  Brenda  Diehl
Brenda  Diehl
**Wells Fargo Bank, N.A.**
MAC F8235-02F
PO Box 10438
Des Moines, IA 50306-0438
Telephone: 1-866-834-7960
Email address: EFSBankruptcy@wellsfargo.com

BKCOADDR (03/2023)