Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023  
**Chapter 13 Case No. 20-12102-AMC**

Michael Gordon  
Meghan Gordon  
847 Cricket Rd  
Secane  PA    19018-3306

Petition Filed Date: 04/24/2020  
341 Hearing Date: 05/29/2020  
Confirmation Date: 11/18/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/01/2022 | $1,340.00 | | 08/31/2022 | $1,340.00 | | 10/03/2022 | $1,340.00 | |
| 10/31/2022 | $1,340.00 | | 12/02/2022 | $1,340.00 | | 01/04/2023 | $1,340.00 | |
| 01/31/2023 | $1,340.00 | | 03/03/2023 | $1,340.00 | | 03/31/2023 | $1,340.00 | |
| 05/22/2023 | $1,340.00 | | 06/02/2023 | $670.00 | | 06/15/2023 | $670.00 | |
| 06/29/2023 | $670.00 | | 07/13/2023 | $670.00 | | 07/27/2023 | $670.00 | |

**Total Receipts for the Period:  $16,750.00    Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $74,958.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | DISCOVER BANK<br>»» 001 | Unsecured Creditors | $11,570.04 | $3,375.29 | $8,194.75 |
| 2 | SANTANDER CONSUMER USA<br>»» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | BANK OF AMERICA NA<br>»» 003 | Unsecured Creditors | $25,949.33 | $7,570.21 | $18,379.12 |
| 4 | MERRICK BANK<br>»» 004 | Unsecured Creditors | $1,137.72 | $317.33 | $820.39 |
| 5 | CW NEXUS CREDIT CARD HOLDINGS LLC<br>»» 005 | Unsecured Creditors | $583.29 | $162.72 | $420.57 |
| 6 | BANK OF AMERICA NA<br>»» 006 | Unsecured Creditors | $17,591.16 | $5,131.87 | $12,459.29 |
| 7 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 007 | Unsecured Creditors | $537.12 | $149.82 | $387.30 |
| 8 | MIDFIRST BANK<br>»» 008 | Mortgage Arrears | $38,195.25 | $38,195.25 | $0.00 |
| 9 | CAPITAL ONE BANK (USA) NA<br>»» 009 | Unsecured Creditors | $603.32 | $168.30 | $435.02 |
| 10 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 010 | Unsecured Creditors | $977.02 | $272.45 | $704.57 |
| 11 | AMERICAN EXPRESS NATIONAL BANK<br>»» 011 | Unsecured Creditors | $4,561.43 | $1,330.71 | $3,230.72 |
| 12 | WELLS FARGO BANK NA<br>»» 012 | Unsecured Creditors | $5,389.23 | $1,572.23 | $3,817.00 |
| 13 | EDUCATIONAL CREDIT MGMT CORP<br>»» 013 | Unsecured Creditors | $6,828.11 | $1,991.95 | $4,836.16 |
| 14 | WELLS FARGO<br>»» 014 | Unsecured Creditors | $761.96 | $212.46 | $549.50 |

| | | | | | |
|---|---|---|---|---|---|
| 15 | ATLAS ACQUISITIONS LLC<br>»» 015 | Unsecured Creditors | $3,810.25 | $1,111.58 | $2,698.67 |
| 16 | CITIBANK NA<br>»» 016 | Unsecured Creditors | $5,970.99 | $1,741.88 | $4,229.11 |
| 17 | QUANTUM3 GROUP LLC as agent for<br>»» 017 | Unsecured Creditors | $1,498.35 | $437.16 | $1,061.19 |
| 18 | QUANTUM3 GROUP LLC as agent for<br>»» 018 | Unsecured Creditors | $1,358.31 | $396.27 | $962.04 |
| 19 | QUANTUM3 GROUP LLC as agent for<br>»» 019 | Unsecured Creditors | $527.83 | $147.25 | $380.58 |
| 20 | CITIBANK NA<br>»» 020 | Unsecured Creditors | $1,003.49 | $279.91 | $723.58 |
| 21 | QUANTUM3 GROUP LLC as agent for<br>»» 021 | Unsecured Creditors | $3,255.83 | $949.79 | $2,306.04 |
| 22 | CITIBANK NA<br>»» 022 | Unsecured Creditors | $1,122.53 | $313.07 | $809.46 |
| 0 | KENNETH E WEST ESQ | Attorney Fees | $1,000.00 | $1,000.00 | $0.00 |
| 0 | ROBERT H HOLBER ESQ | Attorney Fees | $500.00 | $500.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $74,958.00 | Current Monthly Payment: | $1,340.00 |
| Paid to Claims: | $67,327.50 | Arrearages: | $0.00 |
| Paid to Trustee: | $6,318.02 | Total Plan Base: | $103,098.00 |
| Funds on Hand: | $1,312.48 | | |

**NOTES:**

• PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.