| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
**Chapter 13 Case No. 20-12102-AMC**

| | |
|---|---|
| Michael Gordon | Petition Filed Date: 04/24/2020 |
| Meghan Gordon | 341 Hearing Date: 05/29/2020 |
| 847 Cricket Rd | Confirmation Date: 11/18/2020 |
| Secane  PA    19018-3306 | |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/10/2023 | $670.00 | | 08/24/2023 | $670.00 | | 09/08/2023 | $670.00 | |
| 09/21/2023 | $670.00 | | 10/05/2023 | $670.00 | | 10/19/2023 | $670.00 | |
| 11/02/2023 | $670.00 | | 11/16/2023 | $670.00 | | 12/01/2023 | $670.00 | |
| 12/14/2023 | $670.00 | | 01/02/2024 | $670.00 | | 01/11/2024 | $670.00 | |
| 01/25/2024 | $670.00 | | 02/08/2024 | $670.00 | | 02/23/2024 | $670.00 | |
| 03/07/2024 | $670.00 | | 03/21/2024 | $670.00 | | 04/04/2024 | $670.00 | |
| 04/18/2024 | $670.00 | | 05/02/2024 | $670.00 | | 05/20/2024 | $670.00 | |
| 06/04/2024 | $670.00 | | 07/08/2024 | $670.00 | | 07/29/2024 | $670.00 | |

**Total Receipts for the Period:  $16,080.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $91,038.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | DISCOVER BANK<br>»» 001 | Unsecured Creditors | $11,570.04 | $5,312.85 | $6,257.19 |
| 2 | SANTANDER CONSUMER USA INC<br>»» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | BANK OF AMERICA NA<br>»» 003 | Unsecured Creditors | $25,949.33 | $11,915.79 | $14,033.54 |
| 4 | MERRICK BANK<br>»» 004 | Unsecured Creditors | $1,137.72 | $522.45 | $615.27 |
| 5 | CW NEXUS CREDIT CARD HOLDINGS LLC<br>»» 005 | Unsecured Creditors | $583.29 | $260.30 | $322.99 |
| 6 | BANK OF AMERICA NA<br>»» 006 | Unsecured Creditors | $17,591.16 | $8,077.75 | $9,513.41 |
| 7 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 007 | Unsecured Creditors | $537.12 | $232.73 | $304.39 |
| 8 | MIDFIRST BANK<br>»» 008 | Mortgage Arrears | $38,195.25 | $38,195.25 | $0.00 |
| 9 | CAPITAL ONE BANK (USA) NA<br>»» 009 | Unsecured Creditors | $603.32 | $269.25 | $334.07 |
| 10 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 010 | Unsecured Creditors | $977.02 | $448.63 | $528.39 |
| 11 | AMERICAN EXPRESS NATIONAL BANK<br>»» 011 | Unsecured Creditors | $4,561.43 | $2,094.59 | $2,466.84 |
| 12 | WELLS FARGO BANK NA<br>»» 012 | Unsecured Creditors | $5,389.23 | $2,474.74 | $2,914.49 |

**Chapter 13 Case No. 20-12102-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 13 | EDUCATIONAL CREDIT MGMT CORP<br>»» 013 | Unsecured Creditors | $5,491.48 | $2,931.58 | $2,559.90 |
| 14 | WELLS FARGO<br>»» 014 | Unsecured Creditors | $761.96 | $339.97 | $421.99 |
| 15 | ATLAS ACQUISITIONS LLC<br>»» 015 | Unsecured Creditors | $3,810.25 | $1,749.65 | $2,060.60 |
| 16 | CITIBANK NA<br>»» 016 | Unsecured Creditors | $5,970.99 | $2,741.82 | $3,229.17 |
| 17 | QUANTUM3 GROUP LLC as agent for<br>»» 017 | Unsecured Creditors | $1,498.35 | $688.05 | $810.30 |
| 18 | QUANTUM3 GROUP LLC as agent for<br>»» 018 | Unsecured Creditors | $1,358.31 | $623.74 | $734.57 |
| 19 | QUANTUM3 GROUP LLC as agent for<br>»» 019 | Unsecured Creditors | $527.83 | $228.72 | $299.11 |
| 20 | CITIBANK NA<br>»» 020 | Unsecured Creditors | $1,003.49 | $460.81 | $542.68 |
| 21 | QUANTUM3 GROUP LLC as agent for<br>»» 021 | Unsecured Creditors | $3,255.83 | $1,495.05 | $1,760.78 |
| 22 | CITIBANK NA<br>»» 022 | Unsecured Creditors | $1,122.53 | $515.45 | $607.08 |
| 0 | KENNETH E WEST ESQ | Attorney Fees | $1,000.00 | $1,000.00 | $0.00 |
| 0 | ROBERT H HOLBER ESQ | Attorney Fees | $500.00 | $500.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $91,038.00 | Current Monthly Payment: | $1,340.00 |
| Paid to Claims: | $83,079.17 | Arrearages: | $1,340.00 |
| Paid to Trustee: | $7,905.92 | Total Plan Base: | $103,098.00 |
| Funds on Hand: | $52.91 | | |

**NOTES:**

- PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.