Certificate Number: 14912-PAE-DE-039623185

Bankruptcy Case Number: 20-12102


14912-PAE-DE-039623185

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>May 4, 2025</u>, at <u>10:28</u> o'clock <u>AM EDT</u>, <u>Meghan Gordon</u> completed a course on personal financial management given <u>by internet</u> by <u>001 Debtoredu LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  <u>May 4, 2025</u>          By:    <u>/s/Jai Bhatt</u>

                              Name:  <u>Jai Bhatt</u>

                              Title:  <u>Counselor</u>