Certificate Number: 03621-PAE-DE-039622839

Bankruptcy Case Number: 20-12102



03621-PAE-DE-039622839

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>May 3, 2025</u>, at <u>9:05</u> o'clock <u>PM EDT</u>, <u>Michael Gordon</u> completed a course on personal financial management given <u>by internet</u> by <u>Credit Card Management Services, Inc. d/b/a Debthelper.com</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  May 3, 2025            By:   /s/Barbara Molina

                               Name: Barbara Molina

                               Title: Credit Counselor