United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Michael Gordon  
Meghan Gordon  
    Debtors

Case No. 20-12102-amc  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: May 27, 2025 | Form ID: 138OBJ | Total Noticed: 47 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 29, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Michael Gordon, Meghan Gordon, 847 Cricket Rd, Secane, PA 19018-3306 |
| 14556049 | + | BANK OF AMERICA, N.A., C/O Rebecca A. Solarz, Esq., KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14496947 | | Capital One, fmr Orchard, Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14500689 | + | Lakeview Loan Servicing, LLC, CO Rebecca A Solarz, Esquire, KML Law Group, 701 Market Street Suite 5000, Philadelphia PA 19106-1541 |
| 14496960 | | Matthew T. Jones, 847 Cricket Rd, Secane, PA 19018-3306 |
| 14502719 | + | Matthew T. Jones, 837 Bobwhite Lane, Secane PA 19018-3302 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | May 28 2025 04:04:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 28 2025 04:04:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14513094 | | Email/Text: bnc@atlasacq.com | May 28 2025 04:04:00 | Atlas Acquisitions LLC, CO Avi Schild, 492C Cedar Lane, Ste 442, Teaneck NJ 07666 |
| 14496945 | | Email/PDF: bncnotices@becket-lee.com | May 28 2025 04:08:23 | American Express Blue, Correspondence, PO Box 981535, El Paso, TX 79998-1535 |
| 14507923 | | Email/PDF: bncnotices@becket-lee.com | May 28 2025 04:19:06 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14501797 | + | Email/Text: mortgagebkcorrespondence@bofa.com | May 28 2025 04:04:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14496946 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 28 2025 04:18:57 | Best Buy, Customer Service, PO Box 790441, Saint Louis, MO 63179-0441 |
| 14502024 | | Email/PDF: MerrickBKNotifications@Resurgent.com | May 28 2025 04:18:57 | CW Nexus Credit Card Holdings l, LLC, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14507731 | + | Email/PDF: ebn_ais@aisinfo.com | May 28 2025 04:08:38 | Capital One Bank (USA), N.A., by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14513563 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 28 2025 04:08:16 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14496948 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 28 2025 04:04:00 | Comenity - Modells, BANKRUPTCY DEPT, PO Box 183043, Columbus, OH 43218-3043 |
| 14496949 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | May 28 2025 04:04:00 | Comenity Bank - Loft, Bankruptcy Department, PO Box 182125, Columbus, OH 43218-2125 |
| 14496950 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 28 2025 04:04:00 | Comenity Bank - Pottery Barn, BANKRUPTCY DEPT, PO Box 182125, Columbus, OH 43218-2125 |
| 14496951 | | Email/Text: mrdiscen@discover.com | May 28 2025 04:04:00 | Discover Bank, PO Box 15316, Wilmington, DE 19850-5316 |
| 14496959 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 28 2025 04:19:04 | Macy's, Bankruptcy Processing, PO Box 8053, Mason, OH 45040-8053 |
| 14499149 | | Email/Text: mrdiscen@discover.com | May 28 2025 04:04:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14508236 | | Email/Text: ECMCBKNotices@ecmc.org | May 28 2025 04:04:00 | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 14496952 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 28 2025 04:19:06 | Exxon Mobil, Customer Service Inquiries, PO Box 6404, Sioux Falls, SD 57117-6404 |
| 14496953 | | Email/Text: BNSFN@capitalsvcs.com | May 28 2025 04:04:00 | First National Credit Card, PO Box 5097, Sioux Falls, SD 57117-5097 |
| 14496955 | | Email/Text: BNSFS@capitalsvcs.com | May 28 2025 04:04:00 | First Savings Credit Card, PO Box 5019, Sioux Falls, SD 57117-5019 |
| 14496954 | | Email/PDF: ais.fpc.ebn@aisinfo.com | May 28 2025 04:18:57 | First Premier Bank, PO Box 5524, Sioux Falls, SD 57117-5524 |
| 14496956 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 28 2025 04:18:55 | Home Depot - CItibank, CORRESPONDENCE DEPT., PO Box 790345, Saint Louis, MO 63179-0345 |
| 14496957 | ^ | MEBN | May 28 2025 04:01:14 | KML Law Group, 701 Market Street, Suite 5000, BNY Independence Center, Philadelphia, PA 19106-1541 |
| 14507694 | ^ | MEBN | May 28 2025 04:01:10 | Lakeview Loan Servicing, LLC, PO Box 840, Buffalo, NY 14240-0840 |
| 14496958 | | Email/Text: camanagement@mtb.com | May 28 2025 04:04:00 | M&T Bank, Correspondence, PO Box 1288, Buffalo, NY 14240-1288 |
| 14575611 | | Email/Text: BankruptcyECFMail@mccalla.com | May 28 2025 04:04:00 | M & T Bank, CO MCCALLA RAYMER LEIBERT PIERCE, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076 |
| 14502023 | | Email/PDF: MerrickBKNotifications@Resurgent.com | May 28 2025 04:08:12 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14496961 | | Email/PDF: MerrickBKNotifications@Resurgent.com | May 28 2025 04:08:36 | Merrick Bank, CORRESPONDENCE DEPT, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 14786739 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | May 28 2025 04:08:16 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 14507391 | + | Email/Text: JCAP_BNC_Notices@jcap.com | May 28 2025 04:04:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14513997 | | Email/Text: bnc-quantum@quantum3group.com | May 28 2025 04:04:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14513998 | | Email/Text: bnc-quantum@quantum3group.com | May 28 2025 04:04:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14501072 | + | Email/Text: enotifications@santanderconsumerusa.com | May 28 2025 04:04:00 | SANTANDER CONSUMER USA INC., P.O. BOX 961245, FORT WORTH, TX 76161-0244 |
| 14496963 | | Email/Text: bankruptcy@snapfinance.com | May 28 2025 04:04:00 | Snap Finance, PO Box 26561, Salt Lake City, UT 84126-0561 |

Case 20-12102-amc   Doc 92   Filed 05/29/25   Entered 05/30/25 00:41:21   Desc Imaged
Certificate of Notice   Page 3 of 5

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: May 27, 2025 | Form ID: 138OBJ | Total Noticed: 47 |

| | | | |
|---|---|---|---|
| 14496962 | Email/Text: enotifications@santanderconsumerusa.com | May 28 2025 04:04:00 | Santander Consumer USA, Bankruptcy Department, PO Box 560284, Dallas, TX 75356-0284 |
| 14496964 | Email/PDF: Citi.BNC.Correspondence@citi.com | May 28 2025 04:08:13 | Sunoco, CUSTOMER SERVICE, PO Box 6407, Sioux Falls, SD 57117-6407 |
| 14496965 | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | May 28 2025 04:04:00 | U.S. Department of Education, PO Box 740283, Atlanta, GA 30374-0283 |
| 14508149 | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | May 28 2025 04:08:15 | Wells Fargo Bank, N.A., Wells Fargo Education Financial Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14510499 | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | May 28 2025 04:08:39 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14496966 | Email/PDF: BankruptcynoticesExceptions@wellsfargo.com | May 28 2025 04:08:39 | Wells Fargo Education Fin. Services, PO Box 5185, Sioux Falls, SD 57117-5185 |
| 14496967 | + Email/PDF: BankruptcynoticesExceptions@wellsfargo.com | May 28 2025 04:08:25 | Wells Fargo Fin.- Raymour & Flanigan, PO Box 10475, Uniondale, IA 50306-0475 |

TOTAL: 41

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 29, 2025         Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 27, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor BANK OF AMERICA N.A. bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com |
| ROBERT H. HOLBER | on behalf of Debtor Michael Gordon rholber@holber.com LawOfficeofRobertHHolberPC@jubileebk.net |
| ROBERT H. HOLBER | on behalf of Joint Debtor Meghan Gordon rholber@holber.com LawOfficeofRobertHHolberPC@jubileebk.net |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

District/off: 0313-2                      User: admin                      Page 4 of 4
Date Rcvd: May 27, 2025                Form ID: 138OBJ              Total Noticed: 47
TOTAL: 6

*Form 138OBJ* (6/24)−doc 91 − 89

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
|   Michael Gordon | ) | Case No. 20−12102−amc |
| | ) | |
| | ) | |
|   Meghan Gordon | ) | Chapter: 13 |
| | ) | |
|   Debtor(s). | ) | |

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania  
900 Market Street  
Suite 400  
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: May 27, 2025                                                                                     For The Court

                                                                                                                           Timothy B. McGrath  
                                                                                                                           Clerk of Court