UNITED STATES BANKRUPTCY COURT

Eastern District Of Pennsylvania

IN RE:                                                    CASE NO:  2012102

MEGHAN GORDON and MICHAEL GORDON                          CHAPTER 13

Debtor (s)

SSN/Tax ID: 0938
Employer ID:

## **NOTICE OF CLAIM SATISFACTION**

As to Claim 12 filed on 06/03/2020, Wells Fargo Bank, N.A. ("Wells Fargo") files this notice that its claim has
been satisfied and the Debtor(s) have no further liability as to this claim.  Wells Fargo requests no further
disbursements be made on this claim by the Chapter  13 Trustee.

/s/ Kevin T. Cunningham
Kevin T. Cunningham
Bankruptcy Specialist
Wells Fargo Bank, N.A.
PO Box 10438
Des Moines, IA 50306-0438
1-866-834-7960